M. P. 1874. School Committee of Westerly *v.* Westerly Teachers Association. Motion for leave to file brief as amicus and present oral argument is granted, brief to be filed on or before October 18, 1972. *Robert E. Liguori, Vincent J. Piccirilli,* for plaintiff-respondent. *Natale L. Urso,* for defendant-petitioner. *Abedon, Michaelson, Stanzler & Biener, Julius C. Michaelson,* for movants-amicus curiae.

Ex. No. 1876. State *v.* Joseph Marfeo. Motion of defendant to be admitted to bail pending appeal is assigned to calendar of October 3, 1972 for oral argument. *Richard J. Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for plaintiff. *Bevilacqua & Cicilline, John F. Cicilline,* for defendant.

Appeal No. 1360. Samuel Corrado *et ux. v.* Providence Redevelopment Agency. Petition for reargument denied. *Samuel Corrado,* pro se, for petitioners. *Timothy J. McCarthy, Paul F. Casey,* for respondent.

Appeal No. 1369. Jill F. Chase *v.* Blackstone Distributing Co., *et al.* Motion for leave to reargue denied. *Arcaro, Belilove & Kolodney, Abraham Belilove,* for petitioner. *Abedon & Abedon, Herbert J. Abedon, Letts & Quinn, Daniel J. Murray, Jerome B. Spunt,* for respondents.

October 5, 1972.

Ex. No. 1876. State *v.* Joseph Marfeo. Petition for habeas corpus to fix bail pending determination of the petitioner's appeal from the denial by a justice of the Superior Court of a motion to quash and vacate a six-year jail sentence imposed on the petitioner for violating the terms of a deferred sentence agreement. The motion is based on the petitioner's contention that the sole ground for the imposition of the deferred sentence was a charge that he had committed a felony, and since the Grand Jury failed to indict him, he is entitled to his release because of the rule in *Hazard* v. *Howard,* 110 R. I. 107, 290